Dyer *v.* Huff.

HANNAH DYER, *Complainant, versus* THOMAS HUFF.

In a case of a complaint under the bastardy Act, where exceptions were taken to the ruling of the Judge at the trial, which the full Court overruled, and ordered judgment on the verdict, a motion to set aside the verdict and grant a new trial on the ground of the discovery of new and material evidence, will not be entertained, though the same be filed before the final proceeding and order are had on the verdict.

THIS case comes before this Court on EXCEPTIONS taken to the ruling of GOODENOW, J., at *Nisi Prius.*

The process is under the bastardy Act. The case was tried at the March term, 1857. The verdict was against the respondent, who filed exceptions to the rulings and instructions of the Judge presiding at the trial. The full Court ordered " exceptions overruled. Judgment on the verdict." The order was received by the clerk of the courts for the county of York, Jan. 30, 1858, and an entry of the same was made on the docket under the action. At the (next,) March term, before there had been any further proceedings of the Court upon the verdict, the defendant filed a motion to set aside the verdict and grant a new trial, alleging the discovery of new and material evidence, which he fully set forth in his motion. The presiding Judge overruled the motion, (1,) because the same was not filed until after judgment rendered; and (2,) for that no good cause was shown for taking testimony, and no allegation is made of any reason for the belief that such new testimony can be procured.

To which ruling the respondent excepted.

*Tapley & Ayer*, argued in support of the exceptions.

The COURT sustained the ruling of the Judge at *Nisi Prius*, and ordered the                                    *Exceptions dismissed.*